**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01241-CV

### TIMOTHY HOLZ, Appellant

### V.

### U.S.A. CORP., ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05101**

## ORDER

We **GRANT** appellant's November 1, 2013 motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on November 1, 2013 filed as of the date of this order.

Appellant also filed an affidavit of indigence with this Court on November 1, 2013. Appellant is a pro se inmate in federal prison in Colorado. In his affidavit, appellant states that he has no income and owns no property. The clerk's record has been filed at no cost to appellant. The court reporter has informed the Court that no hearings were recorded. Accordingly, based on the documents before us and the fact that the record has been filed, the Court concludes that appellant should be allowed to proceed with this appeal as a pauper. *See* TEX. R. APP. P. 2 & 20.1.

/s/     DAVID LEWIS
        JUSTICE